# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:19-CR-00078-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DELEYOUNG D. MILLER (01) | MAG. JUDGE KAREN L. HAYES |

## REPORT AND RECOMMENDATION ON
## FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the defendant, this cause came before the undersigned U. S. Magistrate Judge on September 12, 2019, for administration of guilty plea and allocution of the defendant Deleyoung D. Miller under Rule 11 of the Federal Rules of Criminal Procedure. Defendant was present with his counsel, Ms. Betty Marak.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Counts One and Four of the Superseding Indictment, is fully supported by a written factual basis for each of the essential elements of the offenses. In addition, both the government and the defendant have waived their right to object to the report and recommendation. Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant Deleyoung D. Miller in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Deleyoung D. Miller be finally adjudged guilty of the offenses charged in Counts One and Four of the Superseding Indictment.

IT IS FURTHER RECOMMENDED that the District Court ACCEPT defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) and ammunition seized in this matter, as well as any property, real or personal constituting or

traceable to gross profits or other proceeds obtained from the offenses, or intended to be used to commit or promote the commission of the offenses.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

In Chambers, at Monroe, Louisiana, this 12th day of September 2019.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE