# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NO. 19-00078-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DELEYOUNG D. MILLER** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, Defendant and the Government having waived their objections to the Report and Recommendation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, DELEYOUNG D. MILLER, and adjudges him guilty of the offenses charged in Counts One and Four of the Superseding Indictment against him.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) and ammunition seized in this matter, as well as any property, real or personal constituting or traceable to gross profits or other proceeds obtained from the offenses, or intended to be used to commit or promote the commission of the offenses.

MONROE, LOUISIANA, this 12th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE